# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODI MEYER, <br><br> Plaintiff, <br><br> v. <br><br> VOLKSWAGEN GROUP, et al., <br><br> Defendants. | Case No.: 3:19-cv-00584-H-LL <br><br> **ORDER VACATING CONTINUANCE** |

In April 2019, the parties informed the Court that a related criminal trial for Mr. Ryan Gary Renz was scheduled for October 2019, and requested that the Court stay proceedings in this matter pending completion of the separate criminal proceedings. (Doc. No. 7.) On April 22, 2019, the Court granted the parties' motion to continue all dates in this matter pending completion of separate criminal proceedings. (Doc. No. 9.) On March 8, 2021, the Court ordered the parties to file a status update with the Court regarding the related criminal proceedings. (Doc. No. 15.) The parties reported that Ryan Gary Renz was found guilty of second-degree murder on October 30, 2019. (Doc. No. 16 ¶ 5.) They reported that Mr. Renz has filed an appeal, and that his reply brief was filed on January 27, 2021. (Id. ¶ 9.) The parties requested that the Court keep the continuance in place until the parties can obtain custody of the subject vehicle from the District Attorney. (Id. ¶ 10.)

The Court declines to further continue all dates in this matter. The record in the related criminal proceedings is complete and is before the California Court of Appeals. The parties have not provided the Court with an adequate reason for why this case cannot proceed to set dates for an Early Neutral Evaluation Conference ("ENE") and a Case Management Conference ("CMC"). Having the parties proceed with the ENE and CMC would ensure there are dates set for the resolution of this matter. The Court is not persuaded at this stage of the litigation that the fact that the subject vehicle is in the custody of the District Attorney precludes this case from proceeding. The parties could seek an order from the Court if appropriate to gain access to the subject vehicle to inspect the right rear passenger seatbelt under supervision of the magistrate judge. Accordingly, the Court vacates the continuance, and orders the Magistrate Judge to schedule an Early Neutral Evaluation Conference and a Case Management Conference in this matter.

**IT IS SO ORDERED.**

DATED: April 5, 2021

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT